Reed H. Olmstead, CA Bar # 269525
LAW OFFICES OF REED H. OLMSTEAD
5142 Hollister Avenue # 171
Santa Barbara, CA 93111
Telephone: (805) 963-9111
Facsimile: (805) 963-2209
reed@olmstead.law

Proposed Attorneys for Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. |
| SMH Diversified, Inc., | Chapter 11 |
| Debtor. | DECLARATION OF HULAD SALEH RE: SMALL BUSINESS DEBTOR REQUIREMENTS PURSUANT TO 11 U.S.C. § 1116 |

I, Hulad Saleh, declare as follows:

1.    I am the President of debtor and debtor-in-possession, SMH Diversified, Inc. (the "Debtor") in the captioned chapter 11 case. If called as a witness, I could and would testify competently to the matters contained herein from my personal knowledge or from information communicated to me in the ordinary course of business.

2.    The Debtor qualifies as a debtor as defined under 11 U.S.C. § 1182.

3.    Pursuant to 11 U.S.C. § 1116(1)(B), I hereby certify that no current balance sheet, statement of operations, or cash-flow statement has been prepared regarding the Debtor's assets and liabilities. The Debtor's financial records are in possession of a state court receiver.

///

4. The Debtor's latest filed Federal income tax return is for tax year 2021, which will be filed contemporaneously with this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 11th day of August 2023, at Grover Beach, California.

_____
Hulad Saleh