United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10685-RC |
| SMH Diversified, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 11, 2023 | Form ID: mdef | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

**Recip ID        Recipient Name and Address**
db              + SMH Diversified, Inc., PO Box 460, Lompoc, CA 93438-0460

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian David Fittipaldi | on behalf of U.S. Trustee United States Trustee (ND) brian.fittipaldi@usdoj.gov |
| Reed H Olmstead | on behalf of Debtor SMH Diversified  Inc. reed@olmstead.law, r41602@notify.bestcase.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 3

| United States Bankruptcy Court<br>Central District of California ||
|---|---|
| In re:<br>SMH Diversified, Inc.<br>dba Sunshine Food Mart | CHAPTER NO.:  11 |
| | CASE NO.: 9:23−bk−10685−RC |

# NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

**Pursuant to F.R.B.P. 1007, you must file the following documents within 14 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.**

- ☑ Eq. Sec. Hold List
- ☑ Summary(Form 106Sum or 206Sum)
- ☑ Schd A/B(Form106A/B or 206A/B)
- ☐ Schedule C (Form 106C)
- ☑ Schedule D (Form 106D or 206D)
- ☑ Schd E/F(Form106E/F or 206E/F)
- ☑ Schedule G (Form 106G or 206G)
- ☑ Schedule H (Form 106H or 206H)
- ☐ Schedule I (Form 106I)
- ☐ Schedule J (Form 106J)
- ☐ Decl Re Sched (Form 106Dec)
- ☐ Decl for Non−Indiv (Form 202)
- ☑ StmtFinAffairs(Form107 or 207)
- ☐ Statement (Form 122B)
- ☐ Other *(Specify):*

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)  File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)
**OR**
(2)  File and serve a motion for an order extending the time to file the required document(s).

**IF YOU DO NOT COMPLY**, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007−1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

Dated: August 11, 2023

For the Court
**Kathleen J. Campbell**
Clerk of Court

Form mdef − Rev 01/2018

**5 − 1 / ES9**